

# Case Assignment
# Standard Criminal Assignment

Case number **1:26CR-9-GNS**

Assigned : Judge Greg N. Stivers
Judge Code : 4416

Assigned on 1/16/2026 5:14:10 PM
Transaction ID: 123525

[ Request New Judge ]   [ Return ]